## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**BLAKE H. CONYERS,**

        Plaintiff,

        -vs-

**MARIANNE A. COOKE, BARBARA EARLE,
and PAUL ZOSCHKE, et al.,**

        Defendants.

Case No. 01-C-1109

## ORDER FOR DISMISSAL

Upon a Stipulation to Dismiss with Prejudice having been executed by counsel for the parties and filed with this Court,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice and without costs to either party.

Dated at Milwaukee, Wisconsin, this 27th day of October, 2007.

        **SO ORDERED,**

        s/ Rudolph T. Randa
        **HON. RUDOLPH T. RANDA
        Chief Judge**